MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5
### For Deposit to Registry Fund

Debtor:    DAKOTA ARMS INC.

Chapter 7 Case No.    06-41315-RJK

Please Check One:

XXX    Unclaimed Dividends

_____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Turkey Graphix<br>1112 Lazelle<br>Sturgis SD 57785 | 60 | 694.50 | 694.50 |

Please be advised that the original check was mailed to the claimant on April 13, 2011. It was returned by the post office on April 19, 2011, as "return to sender"; "unable to forward". We called the phone number listed on the proof of claim, but the number was disconnected. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that she has been unable to locate the creditor who filed the claim despite having made reasonable efforts to do so.

DATED: April 20, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

07-172