MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5
### For Deposit to Registry Fund

Debtor: DAKOTA ARMS INC.

Chapter 7 Case No. 06-41315-RJK

Please Check One:

XXX  Unclaimed Dividends

_____  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| BARNES BULLETS<br>P O BOX 215<br>AMERICAN FORK UT 84003 | 115 | 627.59 | 627.59 |

Please be advised that the original check was mailed to the claimant on April 13, 2011. It was returned by the post office on April 21, 2011, as "return to sender"; "unable to forward". We called the phone number listed on the proof of claim, but the number was disconnected. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that she has been unable to locate the creditor who filed the claim despite having made reasonable efforts to do so.

DATED: April 21, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

07-172