MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

*Rung by CMW*
*Receipt #193071*
*04-27-11*

Debtor:   DAKOTA ARMS INC.

Chapter 7 Case No.   06-41315-RJK

Please Check One:

XXX   Unclaimed Dividends

____   Distribution Less Than $5

*RECEIVED 11 APR 27 AM 9:24 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| VAIS ARMS INC<br>13707 WOOD POINT<br>SAN ANTONIO TX 78231 | 29A | 117.00 | 117.00 |
| VAIS ARMS INC<br>13707 WOOD POINT<br>SAN ANTONIO TX 78231 | 29U | 482.50 | 482.50 |
| CABOODLE CARTRIDGE<br>1430 N HAINES AVE STE 102<br>RAPID CITY SD 57701 | 31 | 226.74 | 226.74 |
| VITRAN EXPRESS<br>1500 INDUSTRIAL AVE<br>SIOUX FALLS SD 57104 | 67 | 416.52 | 416.52 |
| NEIL JOHNSON GUNSMITHING<br>30 W BUCHANAN<br>COLORADO SPRINGS CO 80907 | 116 | 60.20 | 60.20 |
| TOTAL: | | | 1302.96 |

DATED: April 25, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

07-172

MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

Debtor:            DAKOTA ARMS INC.

Chapter 7 Case No.    06-41315-RJK

Please Check One:

XXX     Unclaimed Dividends

____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| VAIS ARMS INC<br>13707 WOOD POINT<br>SAN ANTONIO TX 78231 | 29A | 117.00 | 117.00 |
| VAIS ARMS INC<br>13707 WOOD POINT<br>SAN ANTONIO TX 78231 | 29U | 482.50 | 482.50 |
| CABOODLE CARTRIDGE<br>1430 N HAINES AVE STE 102<br>RAPID CITY SD 57701 | 31 | 226.74 | 226.74 |
| VITRAN EXPRESS<br>1500 INDUSTRIAL AVE<br>SIOUX FALLS SD 57104 | 67 | 416.52 | 416.52 |
| NEIL JOHNSON GUNSMITHING<br>30 W BUCHANAN<br>COLORADO SPRINGS CO 80907 | 116 | 60.20 | 60.20 |
| TOTAL: | | | 1302.96 |

DATED: April 25, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

07-172