MN, ND - 305
(10/00)

193972

Rung 9-15-11

KLH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor:             DAKOTA ARMS, INC.

Chapter 7 Case No.    06-41315-RJK

Please Check One:

xxx    Unclaimed Dividends

____   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LIGHTFORCE USA INC<br>1040 HAZEN LANE<br>OROFINO, ID 83544 | 65 | 2,264.00 | 2,264.00 |

Please be advised that the original check was mailed to the claimant on or about April 13, 2011. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that she has been unable to locate the creditor who filed the claim despite having made reasonable efforts to do so.

DATED: September 7, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

RECEIVED 11 SEP 15 AM 9:25 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

07-172